# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MARIA B. SALAS,**
Appellant,

v.

**FERNANDO MANUEL SALAS,**
Appellee.

No. 4D2023-0541

[April 4, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dale C. Cohen, Judge; L.T. Case No. FMCE-21-002624.

Richard Lee Ruben, Sunrise, for appellant.

Daniel A. Bushell of Bushell Law, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***